## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINES BLUFF DIVISION

LARRY WAYNE JONES, ADC #70147                                                              PLAINTIFF

v.                                       NO. 5:09CV00157 JLH/JJV

RAY HOBBS, *et al.*                                                                       DEFENDANTS

### ORDER

The Court has determined that plaintiff would benefit from the appointment of counsel in this matter. Therefore, pursuant to Local Rule 83.7, Phillip M. Brick, Jr., of the law firm of Friday, Eldredge & Clark, 400 West Capitol Avenue, Suite 2000, Little Rock, Arkansas, is hereby appointed to represent plaintiff, Larry Wayne Jones, in all further proceedings.

The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 19th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE