# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LARRY WAYNE JONES,　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 70147

v.　　　　　　　　　　No. 5:09CV00157 JLH-JJV

RAY HOBBS, Chief Deputy Director,
Arkansas Department of Correction; and
CHARLES FREYDER, Chaplain, Varner Unit,
Arkansas Department of Correction　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Ray Hobbs and Charles Freyder have filed a motion for an extension of time to file objections to the magistrate judge's Proposed Findings and Recommended Disposition. That motion is GRANTED. Document #108. The time within which the parties must file their objections to the magistrate judge's Proposed Findings and Recommended Disposition is extended up to and including March 20, 2012.

IT IS SO ORDERED this 9th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE