**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| LARRY WAYNE JONES, <br> ADC # 70147 | PLAINTIFF |
| v.   No. 5:09CV00157 JLH-JJV | |
| RAY HOBBS, Chief Deputy Director, <br> Arkansas Department of Correction; and <br> CHARLES FREYDER, Chaplain, Varner Unit, <br> Arkansas Department of Correction | DEFENDANTS |

## JUDGMENT

On the 27th day of August, 2012, this action came before the Court for trial by jury. Larry Wayne Jones appeared in person and with his lawyer, Phillip M. Brick, Jr. Ray Hobbs and Charles Freyder appeared in person and with their lawyers, Christine A. Cryer and Shawn J. Johnson. All parties announced ready for trial. After all of the evidence had been received and the jury had been duly instructed on the law, the jury returned verdicts as follows:

> On Larry Wayne Jones' free exercise of religion claim against Ray Hobbs, we find in favor of [check one]:
> ___ Larry Wayne Jones and award nominal damages in the amount of $____
> or
>  _X_  Ray Hobbs
>
> * * *
>
> On Larry Wayne Jones' free exercise of religion claim against Charles Freyder, we find in favor of [check one]:
> ___ Larry Wayne Jones and award nominal damages in the amount of $____
> or
>  _X_  Charles Freyder
>
> * * *
>
> On Larry Wayne Jones' equal protection claim against Ray Hobbs, we find in favor of [check one]:
> ___ Larry Wayne Jones and award nominal damages in the amount of $____
> or
>  _X_  Ray Hobbs
>
> * * *

    On Larry Wayne Jones' equal protection claim against Charles Freyder, we find in favor of [check one]:
        ___ Larry Wayne Jones and award nominal damages in the amount of $____
        or
        _X_ Charles Freyder

    Judgment is therefore entered in favor of Ray Hobbs and Charles Freyder on the claims of Larry Wayne Jones. The complaint of Larry Wayne Jones is dismissed with prejudice. The relief requested by Larry Wayne Jones is denied.

    IT IS SO ORDERED this 28th day of August, 2012.

                                      _____
                                      J. LEON HOLMES
                                      UNITED STATES DISTRICT JUDGE